# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 18-41783 |
| | § | |
| GREGORY C. BARNES, | § | |
| | § | |
| DEBTOR. | § | CHAPTER 7 |

## UNOPPOSED MOTION TO WITHDRAW APPEARANCE

Lynn Pinker Cox & Hurst, LLC ("LPCH"), respectfully moves to withdraw the appearance of Ben A. Barnes as counsel for Creditor Fieldstone Family Homes, Inc. in the above-styled case. Mr. Barnes, an associate with LPCH, is leaving the firm. LPCH has consulted with counsel about this motion, and each consents to its filing. LPCH will remain as counsel for Creditor Fieldstone Family Homes, Inc.

DATED: January 8, 2019                  Respectfully submitted,

                                        */s/ Ben A. Barnes*
                                        John T. Cox III
                                        Texas Bar No. 24003722
                                        tcox@lynnllp.com
                                        Ben A. Barnes
                                        Texas Bar No. 24092085
                                        bbarnes@lynnllp.com
                                        **LYNN PINKER COX & HURST, LLP**
                                        2100 Ross Avenue, Suite 2700
                                        Dallas, Texas 75201
                                        Telephone: (214) 981-3800
                                        Facsimile: (214) 981-3839

                                        *ATTORNEYS FOR CREDITOR*
                                        *FIELDSTONE FAMILY HOMES, INC.*

## CERTIFICATE OF CONFERENCE

I certify that all parties have conferred regarding the relief requested by this Motion, and all counsel have indicated that the Motion is unopposed.

*/s/ Ben A. Barnes*
Ben A. Barnes

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with local rules and served via electronic mail on January 8, 2019.

*/s/ Ben A. Barnes*
Ben A. Barnes